652 A.2d 722

IN THE MATTER OF MARVIN S. DAVIDSON,
AN ATTORNEY AT LAW.

Decided February 10, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **MARVIN S. DAVIDSON** of **ORANGE,** who was admitted to the bar of this State in 1969, be suspended from the practice of law for conduct prejudicial to the administration of justice, in violation of *RPC* 8.4, and for advancing funds to a client in connection with contemplated or pending litigation, in violation of *RPC* 1.8(e), and good cause appearing;

It is ORDERED that the report of the Disciplinary Review Board is adopted and **MARVIN S. DAVIDSON** is hereby suspended from practice for a period of three months, effective March 1, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with Regulation 23 of the Administrative Guidelines Governing Suspended Attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.